# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 06-03011-04-CR-S-DW |
| ) | |
| CHRIS KEN BROWN, ) | |
| ) | |
| Defendant. ) | |

## ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to Counts One and Twelve of the Superseding Indictment filed on March 9, 2006, are now Accepted and the Defendant is Adjudged Guilty of such offenses. Sentencing will be set by subsequent Order of the Court.

                          /s/ Dean Whipple
                          DEAN WHIPPLE, CHIEF
                          UNITED STATES DISTRICT JUDGE

Date: January 9, 2007